Walter F. Dawson, Principal Attorney, Pearson & Pearson, Lowell, MA, for Appellant.

John M. Whealan, Principal Attorney, Thomas W. Krause, Cynthia C. Lynch, of Counsel, Arlington, VA, for Appellees.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

### Evelyn L. TILLMAN, Petitioner,

v.

### UNITED STATES POSTAL SERVICE, Respondent.

No. 04–3082.

United States Court of Appeals, Federal Circuit.

March 16, 2004.

Anton G. Hajjar, Principal Attorney, O'Donnell, Schwartz, Washington, DC, for Petitioner.

Hillary A. Stern, Principal Attorney, Brian M. Simkin, David M. Cohen, of Counsel, Washington, DC, for Respondent.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).